UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-00013 JVS (8:16-bk-14257-MW) | Date | February 24, 2017 |
|---|---|---|---|

| Title | IN RE Shannon S. Magness: Shannon S. Magness, etc., et al. v. The William G. Joiner Trust etc., et al. |
|---|---|

| Present: The Honorable | JAMES V. SELNA, U.S. DISTRICT JUDGE | |
|---|---|---|
| Karla J. Tunis | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **March 15, 2017** why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the documents required by Rule 8003 and 8006 of the Bankruptcy Rules. (See attached Appeal Deficiency Notice)

Counsel/parties is/are advised that the Court will consider the filing of the following documents in Bankruptcy Court, with a status report to the District Court, is an appropriate response to this Order to Show Cause, on or before the above date indicated above, to avoid dismissal:

| | |
|---|---|
| X | **Designation of Record** |
| X | **Statement of Issues on Appeal** |
| X | **Filing of Notice Regarding Ordering of Transcript** |
|    | **Transcript(s)** |

If this case has been settled and/or dismissed in the Bankruptcy Court counsel/parties must file a **separate** dismissal in the District Court.

**CC: Bankruptcy Court - Santa Ana**

Initials of Preparer     kjt