**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-00013 JVS  (8:16bk14257-MW) | Date | July 5, 2017 |
|---|---|---|---|
| Title | IN RE Shannon M. Magness: Shannon M. Magness, et al. v. The William G. Joiner Trust Dated 2-6-02, et al. | | |

| Present: The Honorable | JAMES V. SELNA,   U.S. DISTRICT JUDGE |  |
|---|---|---|
| Karla J. Tunis | Not Present |  |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      [IN CHAMBERS]   **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s)to show cause in writing no later than **July** **21, 2017**why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the ORDERED Status Report regarding the Bankruptcy Court's Certificate of Readiness by June 30, 2017 (See Docket No. 17).

The Court will accept the required Status Report regarding the Bankruptcy Court's Certificate of Readiness as an adequate response to the Order to Show Cause.

If this case has been settled and/or dismissed in the Bankruptcy Court counsel /parties must file a **separate** dismissal in the District Court.

**CC: Bankruptcy Court - Santa Ana**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | kjt |  |